

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00608-CV

**IN RE Emerald RODRIGUEZ and Phillip RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Rebecca Simmons, Justice

Delivered and Filed:   October 7, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On September 28, 2009, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause Nos. 2009-CI-11272, *styled Emerald Rodriguez and Phillip Rodriguez v. George McLean*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding, and 2009-CI-11274, *styled David Rodriguez v. Vision Source LP aka Vision Source National, et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding. However, the order complained of was signed by the Honorable Barbara Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.